STEVEN MITNICK, ESQ.
SM Law, PC
P.O. Box 530
Oldwick, New Jersey 08858
(908) 572-7275
Counsel to SM Financial Services Corporation

---

| | |
|---|---|
| CONTINUITYX, INC., | : UNITED STATES BANKRUPTCY COURT |
| | : SOUTHERN DISTRICT OF NEW YORK |
| Debtor. | : |
| | : Chapter 7 |
| ROBERT L. GELTZER, as Chapter 7 Trustee of | : |
| Continuity, Inc., ContinuityX Solutions and | : Case No. 13-10458(MKV) |
| Metamora Cloud Services, Inc., | : |
| | : Adv. Proc. No. 15-1030(MKV) |
| Plaintiff, | : |
| vs. | : |
| | : **ASSIGNMENT OF JUDGMENT** |
| XCONNECT – GLOBAL LLC, | : |
| | : |
| Defendant. | |

I, ROBERT L. GELTZER, Chapter 7 Trustee and Plaintiff in the above entitled proceeding, do hereby assign all my right, title and interest in and to the Judgment by Default dated November 21, 2016, to SM FINANCIAL SERVICES CORPORATION, P. O. Box 530, Oldwick, New Jersey 08858.

By: _____
ROBERT L. GELTZER
Chapter 7 Trustee of Continuity, Inc.,
ContinuityX Solutions and Metamora Cloud
Services, Inc.

Dated:

Subscribed and sworn to
before me on this 18 day
of July, 2018

_____
Notary Public

MARK E. BRUH
Notary Public, State of New York
No. 02BR6088274
Qualified in Queens County
Commission Expires March 3, 2019

Pg 2 of 2



# SM LAW, PC

Steven J. Mitnick, Attorney at Law • smitnick@sm-lawpc.com
Marc D. Miceli, Of Counsel • mmiceli@sm-lawpc.com

P.O. Box 530 • 49 Old Turnpike Road • Oldwick, NJ 08858
P: 908.572.7275 • F: 908.572.7271
*sm-lawpc.com*

August 3, 2018

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

RE: ROBERT L. GELTZER, AS CHAPTER 7 TRUSTEE OF CONTINUITYX, INC., CONTINUITYX SOLUTIONS AND METAMORA CLOUD SERVICES, INC v. XCONNECT - GLOBAL LLC
Adv. Proc. No. 15-1030(MKV)

Dear Sir or Madam:

I am enclosing herewith an original and one copy of the fully executed Assignment of Judgment with regard to the above entitled matter and I would ask that same be filed with the Court. Kindly provide me with a filed copy of same in the envelope provided at your earliest convenience.

Please do not hesitate to contact me should you have any questions or require anything further in this regard.

With best wishes,

STEVEN MITNICK, ESQ.

SM/sb
Enclosure